|  |  |
|---|---|
| EASTERN DISTRICT OF VIRGINIA | TYPE OF HEARING: Status<br>CASE NUMBER: 1:25-mj-630<br>MAGISTRATE JUDGE: William E. Fitzpatrick<br>DATE: 12/2/2025<br>TIME: 10:33- 10:34 a.m.<br>TAPE: FTR RECORDER<br>DEPUTY CLERK: Laura Guerra |

UNITED STATES OF AMERICA

       VS.

Guillermo Flores

**GOVT. ATTY:**   Dahoud Askar

**DEFT'S ATTY:**   Lauren Rosen

**DUTY AFPD:**

**INTERPRETER:** Spanish – Maria Horvath

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (  )
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS (  )
COURT TO APPOINT COUNSEL (  )   FPD (  ) CJA (  ) Conflict List (  )

Gov't motion to dismiss – GRANTED. Case dismissed.


(  )  DEFT IS REMANDED TO THE CUSTODY OF THE USMS DUE TO
(  ) RISK OF NON-APPEARANCE (   ) SAFETY OF THE COMMUNITY
(  ) DEFT RESERVES THE RIGHT OF THE COURTS DETERMINATION AS TO DETENTION BASED ON A CHANGE OF CIRCUMSTANCES

**NEXT COURT APPEARANCE:**

**TIME:**

**JUDGE:**